IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**TIMOTHY M. BRENNER, JR.,**

Plaintiff,

v.

**LISA YBARRA,**

Defendant.

Case No. 2:18-cv-02610 JAM DB

**ORDER GRANTING STIPULATED NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

GOOD CAUSE HAVING BEEN SHOWN, Defendant's stipulated request for a nunc pro tunc extension of time to file her responsive pleading is GRANTED. Defendant's responsive pleading is now due on or before January 11, 2019.

IT IS SO ORDERED.

Dated: 12/28/2018

/s/ John A. Mendez
John A. Mendez, U.S. District Court Judge

1