Glenn M. Katon (SBN 281841)
Katon Law
305 Grand Avenue, Suite 200
Oakland CA 94610
Attorney for Plaintiff BRENNER

Lucas L. Hennes (SBN 278361)
Office of the Attorney General
1300 I Street, Suite 125
Sacramento CA 94244-2550
Attorney for Defendant YBARRA

Kelly Savage Day (SBN 235901)
101 Lucas Valley Rd., Suite 272
San Rafael CA 94903
T: (415) 259-6624
kelly.savageday@savageday.com
Attorney for Defendant CISNEROS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. BRENNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> LISA R. YBARRA, et al., <br><br> Defendants. | **CASE NO. 2:18-cv-02610 JAM DB (PC)** <br><br> **STIPULATION AND ORDER TO EXTEND JOINT STATUS REPORT; DISPOSITIVE MOTIONS, DISCOVERY, AND EXPERT DISCLOSURE DEADLINES AND TO VACATE THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATE** <br><br> Judge Honorable John A. Mendez <br> Action Filed: September 24, 2018 |

The parties agreed to submit the above-entitled action to the Voluntary Dispute Resolution Program earlier this month. And the Court subsequently issued an Order [ECF No. 27] on June 19, 2019 setting the matter for a settlement conference on October 10, 2019 at 1:00 p.m. in Courtroom 24 before Magistrate Judge Carolyn K. Delaney.

The Court previously issued a pre-trial scheduling order setting the following deadlines:

- Discovery cutoff: August 16, 2019;

- Disclosure of expert witnesses: June14, 2019 (supplemental disclosure and rebuttal

1
BRENNER 2:18-CV-02610 STIPULATION TO EXTEND DEADLINES IN PRE-TRIAL SCHEDULING ORDER

experts: June 28, 2019);

- Dispositive motions: September 24, 2019 (hearings on dispositive motions October 22, 2019); and
- Final pre-trial conference: December 6, 2019 at 10:00 a.m.

The Court also recently issued an order requiring the parties to file a Joint Status.

To avoid unnecessary costs and taxing the Court's limited resources if the matter is settled at the October 10, 2019 settlement conference, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED:

1. The current discovery cutoff of August 16, 2019 is extended to December 16, 2019;

2. The current disclosure of expert witnesses cutoff date of June 14, 2019 is extended to December 16, 2019 (supplemental and rebuttal expert disclosure deadline is extended to January 5, 2020);

3. The dispositive motion deadline of September 24, 2019 is extended to January 10, 2020;

4. The final pre-trial conference of December 6, 2019 is vacated to be reset by the Court in a future order;

5. The trial date is vacated to be reset by the Court in a future order.

6. The deadline to file the parties Joint Status Report is extended to October 15, 2019.

By: s/Kelly Savage Day
   KELLY SAVAGE DAY
   Attorney for Defendant
   CISNEROS

By: s/Glenn Katon
   GLENN KATON
   Attorney for Plaintiff
   BRENNER

By: s/Lucas Hennes
   LUCAS HENNES
   Attorney for Defendant
   YBARRA

**IT IS SO ORDERED (AS MODIFIED BY THE COURT)**

Pursuant to the stipulation reached by the parties and good cause shown. IT IS ORDERED that the Pre-Trial Scheduling Conference Order is modified as follows:

1. The discovery cutoff is now December 20, 2019;
2. The expert witness disclosure is now January 24, 2020;
3. The supplemental and rebuttal expert disclosure deadline is now February 7, 2020);
4. The dispositive motion filing deadline is now March 10, 2020;
5. Dispositive motion hearing is April 7, 2020 at 1:30 p.m.
6. The parties joint pretrial statement shall be filed no later than May 8, 2020;
7. The final pre-trial conference is reset to May 22, 2020 at 11:00 a.m.; and
8. Jury trial is reset to June 29, 2020 at 9:00 a.m.

Dated: June 21, 2019

/s/ John A. Mendez
The Honorable Judge John A. Mendez

United States District Court Judge