Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY M. BRENNER, JR., | Case No.: 2:18-cv-02610-JAM-DB |
| Plaintiff, | **STIPULATED MOTION FOR INTERIM ORDER EXTENDING DISCOVERY** |
| vs. | |
| LISA R. YBARRA, et al., | |
| Defendants. | |

Plaintiff files this Motion for Interim Order Extending Discovery pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to which Defendants Ybarra and Cisneros stipulate, based upon the following:

On November 21, 2019, Plaintiff filed a Complaint against another California Department of Corrections Officer, Mitchell Bolt, who was responsible for escorting the prisoner who attacked Plaintiff in the incident that is the main subject of the above-named case. *See* Case No. 2:19-cv-02361-MCE-DB. He filed a Notice of Related Case that same day.

Plaintiff had also served two subpoenas on CDCR, the most recent production for which was November 25, 2019. Counsel for Plaintiff and CDCR have begun meeting and conferring about CDCR's responses and have agreed to arrange a telephonic discovery conference with the presiding Magistrate Judge.

Plaintiff expects that the case against former Officer Bolt will be consolidated with this case, and that all parties will submit a proposed stipulation for an amended scheduling order. Such an order that governs both cases will avoid duplicative discovery, since the witnesses will be the same in both cases arising from the same prisoner attack. Plaintiff has directed service on Bolt through a process server, but service has not yet been effected. The parties cannot submit a proposed amended scheduling order that governs the case against Bolt until he appears in the case against him (which will presumably be consolidated with this one).

Accordingly, the parties move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an interim order extending discovery for 90 days from the current deadline of December 20, 2019, to allow for service on former Officer Bolt and for all parties to submit a proposed amended scheduling order.

Respectfully Submitted,

| KATON.LAW | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Glenn Katon | /s/ Lucas L. Hennes |
| GLENN KATON | LUCAS L. HENNES |
| Attorney for Plaintiff | Attorney for Defendant Lisa R. Ybarra |

SAVAGE DAY

/s/ Kelly Savage Day
KELLY SAVAGE DAY

Attorney for Defendant Ismael Cisneros

## **ORDER**

The Court hereby GRANTS the parties' motion for an interim order extending discovery for 90 days, until March 19, 2020.

It is SO ORDERED this 11th of December, 2019.

/s/ John A. Mendez_____

United States District Court Judge