UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY M. BRENNER, JR., | ) | Case No. 2:18-CV-02610 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| LISA R. YBARRA, et al., | ) | **<u>RELATED CASE ORDER</u>** |
| Defendants. | ) | |
| TIMOTHY M. BRENNER, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:19-CV-02361 MCE-DB |
| MICHAEL BOLT, | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-CV-02361 MCE-DB be reassigned to Judge John A. Mendez and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:19-CV-02361 JAM-DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  December 11, 2019

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge