Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY M. BRENNER, JR., | Case No.: 2:18-cv-02610-JAM-DB |
| Plaintiff, | **STIPULATED MOTION AND ORDER FOR INTERIM ORDER EXTENDING DISCOVERY** |
| vs. | |
| LISA R. YBARRA, et al., | **(AS MODIFIED BY THE COURT)** |
| Defendants. | |

Plaintiff files this Motion for Interim Order Extending Discovery pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to which Defendants Ybarra and Cisneros stipulate, based upon the following:

Plaintiff filed his original Complaint in this case on September 24, 2018, alleging violations of his civil rights and negligence by Defendants, resulting in him being brutally attacked by another prisoner. At that time, he knew only the first initial and last name of Defendant Ybarra, and the phonetic last name of Defendant Cisneros, both of whom are officers with the California Department of Corrections and Rehabilitation at California State Prison, Sacramento, where Plaintiff was and is in custody. Plaintiff filed two amended pleadings adding the full names of Defendants Ybarra and Cisneros, who filed their Answers denying liability on April 8, 2019 and April 16, 2019, respectively. Through discovery, Plaintiff learned of the

STIPULATED MOTION AND PROPOSED ORDER FOR INTERIM ORDER EXTENDING
DISCOVERY 2:18-cv-02610 JAM DB                                                               Page 1

involvement of then-officer with CDCR, Mitchell Bolt, who he believed to also be responsible for the same attack.

On November 21, 2019, Plaintiff filed a separate Complaint against Bolt,[1] which the Court determined is related to the instant case. Dkt 35. Plaintiff has gone to great lengths to locate and serve Bolt through discovery subpoenas on CDCR and the Department of Motor Vehicles, and the extensive efforts of a private investigator which are described in detail in Plaintiff's Motion to Extend Time to Serve Defendant Mitchell Bolt and declarations in support. Dkt 9, 9-1, 9-2, 9-3, 9-4 in Case No. 2:19-CV-02361.

This is the parties' third request to extend deadlines in the case. The first request was to allow additional time to submit a Joint Status Report in light of the parties' participation in a settlement conference with Magistrate Judge Newman, which the Court granted. Dkt 29. The second request followed the filing of the separate Complaint against Bolt, which the Court also granted. Dkt 33. Plaintiff did not anticipate the extraordinary difficulty he would face in serving Bolt. *See* Dkt 9, 9-1, 9-2, 9-3, 9-4 in Case No. 2:19-CV-02361. If Plaintiff has not effected service on Bolt within 30 days of filing this motion, he will be positioned to move for leave to serve by publication and will do so promptly.

The parties agree that the related cases will proceed most efficiently when Defendants Ybarra, Cisneros, and Bolt are all participating in their defense, since proceeding without Bolt would require duplicative discovery by Bolt after he is added to the case.

Accordingly, the parties move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an interim order extending discovery for 90 days from the current deadline of March 19, 2020, to allow for service on Defendant Bolt, and for all parties to submit a proposed amended scheduling order within 30 days after Bolt files a responsive pleading.

---

[1] Case No. 2:19-CV-02361.

Respectfully Submitted,

| KATON.LAW | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Glenn Katon | /s/ Lucas L. Hennes |
| GLENN KATON | LUCAS L. HENNES |
| Attorney for Plaintiff | Attorney for Defendant Lisa R. Ybarra |

SAVAGE DAY

/s/ Kelly Savage Day
KELLY SAVAGE DAY

Attorney for Defendant Ismael Cisneros

## **ORDER  (AS MODIFIED BY THE COURT)**

The Court hereby GRANTS the parties' motion for an interim order extending discovery for 90 days, until June 17, 2020.  The Court vacates any subsequent dates in the June 21, 2019 [29] scheduling order and requires that the parties submit an updated joint status report within 30 days after Defendant Bolt files a responsive pleading.

It is SO ORDERED this 12th day of March, 2020.


/s/ John A. Mendez_____
United States District Court Judge