IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY M. BRENNER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**LISA R. YBARRA, et al.,**<br><br>Defendants. | Case No. 2:18-cv-02610 JAM DB<br><br>**ORDER GRANTING PARTIES' STIPULATED NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO FILE UPDATED JOINT STATUS REPORT** |

Good cause having been shown, the parties' stipulated request for an extension of time to file an updated joint status report is GRANTED. The parties shall file an updated status report no later than July 2, 2020.

**IT IS SO ORDERED.**

Dated: June 29, 2020                         /s/ John A. Mendez
                                             The Honorable John A. Mendez