GLENN.KATON, State Bar No. 281841
KATON LAW
  385 Grand Avenue, Suite 200
  Oakland, CA 94610
  T: (510) 463-3350
  F: (510) 463-3349
  gkaton@katon.law
*Attorney for Plaintiff*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Acting Supervising Deputy Attorney General
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendant L. Ybarra*

SAVAGE DAY
Kelly Savage Day (SBN 235901)
101 Lucas Valley Rd., Suite 272
San Rafael CA 94903
T: (415) 259-6624
kelly.savageday@savageday.com
  *Attorney for Defendant Ismael Cisneros*

DAVID W. TYRA, State Bar No. 116218
dtyra@kmtg.com
CECILIA L. MARTIN, State Bar No. 301027
cmartin@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
  *Attorneys for Defendant Mitchell Bolt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY M. BRENNER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**LISA R. YBARRA, et al.,**<br><br>Defendants. | 2:18-cv-02610 JAM DB<br><br>**STIPULATED REQUEST FOR CONSOLIDATION** |
| **TIMOTHY M. BRENNER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**MITCHELL BOLT,**<br><br>Defendant. | 2:19-cv-02361-JAM-DB |

1

Under Federal Rule of Civil Procedure 42(a), the parties in the above-captioned cases jointly stipulate to consolidation of these two cases.

Consolidation is appropriate where multiple actions before the court "involve a common question of law or fact." Fed. R. Civ. P. 42(a). "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases." *Hall v. Hall*, 138 S. Ct. 1118, 1131 (2018). For instance, a district court is permitted to consolidate two closely-related actions "for all further proceedings," effectively combining the two cases into a single case for all intents and purposes. *Schnabel v. Lui*, 302 F.3d 1023, 1036-37 (9th Cir. 2002).

Here, the parties agree that both *Brenner v. Ybarra*, 2:18-cv-02610 JAM DB, and *Brenner v. Bolt*, 2:19-cv-02361-JAM-DB, arise out of the same set of facts. Specifically, both actions arise out of Plaintiff's allegations that on November 22, 2017, he was assaulted by another prisoner during an escort. On December 12, 2019, the Court related these two cases under Local Rule 123.

The parties further agree that it would represent an unnecessary expenditure of judicial resources and needless expense to the parties to maintain these two actions independently. In both actions, the parties anticipate taking Plaintiff's and Defendants' depositions, conducting written discovery related to the same set of facts, and obtaining expert testimony relating to the same facts. Furthermore, holding separate proceedings in these two cases runs the risk of inconsistent or cumulative judgments. In the interest of avoiding duplicative discovery and inconsistent judgments, the parties believe it serves the interest of justice to consolidate these two actions. The parties therefore jointly stipulate to the consolidation of these two actions for all purposes moving forward.

**IT IS SO STIPULATED.**

| | |
|---|---|
| KATON.LAW<br>*/s/ Glenn Katon*<br>GLENN KATON<br><br>*Attorney for Plaintiff Timothy M. Brenner, Jr.* | XAVIER BECERRA<br>Attorney General of California<br>ALICIA A. BOWER<br>Acting Supervising Deputy Attorney General<br><br>*/s/ Lucas L. Hennes*<br>LUCAS L. HENNES<br>Deputy Attorney General<br>*Attorneys for Defendant L. Ybarra* |
| SAVAGE DAY<br>*/s/ ~~Kelly S. Day~~*<br>Kelly S. Day<br><br>*Attorney for Defendant Ismael Cisneros* | KRONICK MOSKOVITZ TIEDEMANN &<br>GIRARD<br><br>*/s/ ~~Cecilia L. Martin~~*<br>Cecilia L. Martin<br><br>*Attorney for Defendant Mitchell Bolt* |

## ORDER

The Court finds that *Brenner v. Ybarra*, 2:18-cv-02610 JAM DB, and *Brenner v. Bolt*, 2:19-cv-02361-JAM-DB, involve common questions of law or fact, and that unnecessary cost or delay will be avoided by consolidation of these two actions. Good cause thereby appearing, these two actions will be consolidated for all purposes moving forward.

All future filed documents must be filed in the lead case 2:18-cv-2610 JAM DB only. The Clerk is directed to Administratively close member case 2:19-cv-2361 JAM DB. The Clerk is further directed to file the Complaint and Answer from the member case 2:19-cv-2361 JAM DB in the Lead Case 2:18-cv-2610 JAM DB.

3

**IT IS SO ORDERED.**

Dated: July 21, 2020 /s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge